JAMES F. BUCKLEY, Respondent, v. ALLIED MILLS, INCORPORATED, Appellant, and JOHN WOTCH, Defendant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of the jury to the effect that the appellant was harboring a dog known to be vicious was contrary to and against the weight of the evidence both as to scienter as to the watchman Wotch and also in respect to the knowledge of the watchman being the knowledge of the appellant under the circumstances as disclosed by the record. All concur. (The judgment was for damages from attack by a vicious dog. The order denied a motion for a new trial on the minutes.)

CHARLES MELI, Respondent, v. JAMES B. CRYER and Another, Copartners, etc., and Others, Defendants, and NORMAN ROGERS, Appellant.— Judgment affirmed, with costs. All concur. (The judgment limits the claim of the appellant in an action to foreclose a lien on public funds.)

CHARLES MELI, Plaintiff, v. JAMES B. CRYER and Another, Copartners, etc., and Others, Defendants, Impleaded with DOLOMITE PRODUCTS COMPANY and Others, Respondents, and NAZARETH CEMENT COMPANY, Appellant.— Judgment affirmed, with costs. Memorandum: Up to final settlement time each of the three assignees had funds payable to it by the Sola Company, general contractor, which were secured by assignment. If the Nazareth Company had retained possession of the $839.46, pursuant to the terms of Exhibits 32, 121, 122 and 133, until the time of final settlement between the Nazareth Company and the Sola Company, payment of the sum mentioned by the Nazareth Company to the Dolomite Company would not have been required. The premature payment of the money by the Nazareth Company resulting in its application by the Dolomite Company on obligations to it of the Sola Company which were not secured by assignment, was purely voluntary and the trial court correctly declined to add the amount to the Nazareth Company's amount finally receivable. If the Dolomite Company has received undue enrichment through such receipt and application of money owing to it by the Sola Company, correction cannot be made by us under the pleadings and record before us. The Nazareth Company makes no demand in its answer against the Dolomite Company, it has filed no exceptions to the trial court's conclusion of law and it is the only party appealing. All concur. (The judgment disallows the claim of the appellant in an action to foreclose a lien on public funds.)